ORIGINAL

1  LAW OFFICE OF KURT DAVID HERMANSEN
   KURT DAVID HERMANSEN
2  California State Bar Number 166349
   110 West C Street, Suite 1810
3  San Diego, California 92101-3909
   Telephone: (619) 236-8300
4  KDH@KurtDavidHermansen.com
   Attorneys for Defendant
5  LAURA ZARAGOZA

FILED

06 SEP 29 AM 8: 36

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____  DEPUTY

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,          )  Case No.    05cr2300  W
                                       )
12              Plaintiff,             )
                                       )  EX PARTE
13      v.                             )  DECLARATION OF COUNSEL IN SUP-
                                       )  PORT OF EX PARTE APPLICATION FOR
14  LAURA ZARAGOZA,                    )  EXTRAORDINARY EXPENSE, AND
                                       )
15              Defendant.             )  **ORDER** THEREON
    _____)

16

17      Kurt David Hermansen, being duly sworn, deposes and says:

18  1.  I am an attorney duly licensed to practice law in the State of California, in the United

19      States District Court for the Central and Southern Districts of California, in the United

20      States Court of Appeals for the Ninth Circuit, and in the United States Supreme Court.

21  2.  I was appointed by the United States District Court for the Southern District of California

22      to represent Defendant pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(b).

23  3.  I have conferred with Private Investigators regarding the investigation of this case.

24  4.  I believe the work performed by Investigator Lorri Block was essential to my

25      representation in this case.

26  5.  Without the investigators' help in identifying areas to investigate and follow,

27      Ms. Zaragoza would not have received a fair trial and she would have been hampered in

28      presenting her defense.

C:\_KDH-docs\Orders\CJA Extra Fees\ExtrExpnsInvestZaragozaBlck.wpd          -1-                          05cr2300 W

6.    Investigator Lorri Block had to interview witnesses for trial.

7.    Investigator Lorri Block communicated with, and reviewed documents from, the Kansas DMV and the California DMV.

8.    Investigator Lorri Block ensured that witnesses would be at trial and available to testify.

9.    Investigator Lorri Block was in charge of the investigation of witnesses Mayra Campos (the registered owner and grand jury witness) and Feliciano Vazquez (the insurance salesman).

10.    Interviewing witnesses leading up to trial required travel to Central District of California (the cities of Mira Loma, and Corona, as well as L.A., Riverside, Orange and San Bernardino Counties).

11.    Investigator Block was instrumental during trial in making sure there was no delay in the trial proceedings caused by witness problems.

I so declare, this 27th day of September, 2006, in San Diego, California.

_Kurt David Hermansen_
Kurt David Hermansen
Declarant

---

## ORDER OF THE COURT

**GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS** that extraordinary expenses not to exceed a total of $1,794 be authorized for payment to investigator Lorri Block for services rendered invoice in the above-captioned case, upon submission of a properly documented CJA-21 Voucher for Investigative Services.

**IT IS SO ORDERED.**

Dated: _9/28/06_

_Thomas J. Whelan_
**THOMAS J. WHELAN**
**UNITED STATES DISTRICT COURT JUDGE**

cc:    Kurt David Hermansen